UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE PEREZ,

   Plaintiff,

-vs-                                          CASE NO.:  2:16-CV-156-FTM-38MRM

BLUESTEM BRANDS, INC., d/b/a
FINGERHUT,

   Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, JORGE PEREZ, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JORGE PEREZ, and Defendants, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Peter B. King, Esq., PKing@wiandlaw.com; Kimberly A Koves, Esq., KKoves@wiandlaw.com; and Ailen Cruz, Esq., ACruz@wiandlaw.com, WIAND GUERRA KING P.L., 5505 West Gray Street, Tampa, FL  33609.

                                                          */s/Frank H. Kerney, III, Esquire*
                                                          Frank H. Kerney, III, Esquire
                                                          Florida Bar #:  88672
                                                          Morgan & Morgan, Tampa,  P.A.
                                                          One Tampa City Center
                                                          Tampa, FL 33602
                                                          Tele:  (813) 223-5505
                                                          Fax:  (813) 223-5402
                                                          fkerney@forthepeople.com
                                                          jkneeland@forthepeople.com
                                                          Attorney for Plaintiff